United States Bankruptcy Court
Middle District of Georgia
Valdosta Division

| | |
|---|---|
| In Re:  Justin Gerald Lasseter<br>9176 Old Union Rd.<br>Adel, GA 31620<br><br>XXX-XX-1773 | Case Number: 15-70334-JTL<br><br>CHAPTER 13 |

Notice of Objection to Claim

Please take notice, the Chapter 13 Trustee has filed an objection to your claim in this bankruptcy case.  This notice is being sent to you pursuant to FRBP 3007.

**Your claim may be reduced, modified or eliminated.**   You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  ( If you do not have an attorney, you may wish to consult one. )

If you do not want the court to eliminate or change your claim, then you or your attorney must file with the court a written response to the objection on or before September 17, 2015.  If you mail your response to the court for filing, you must mail it early enough for the court to  **receive** it on or before the date stated above.  File your original response with the United States Bankruptcy Court.

P.O. Box 2147
Columbus, GA 31902
(706) 649 – 7837

Any response must also be mailed to the objecting party,  Chapter 13 Trustee, Middle District Of Ga, Columbus, GA  31902 and upon all other persons indicated on the certificate of service attached to this pleading.

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

If any response is timely filed, a hearing will be held on **October 21, 2015** at  **8:30 am** at Federal Building, 2nd Floor U.S. Courtroom, N. Patterson Street, Valdosta, GA.

This 13 day of August 2015.

| | |
|---|---|
| John Gilson, GA Bar No. 295360 for<br>Chapter 13 Trustee<br>P.O. Box 1907<br>Columbus, GA 31902<br>Telephone (706) 327-4151 | Kyle George, Clerk<br>United States Bankruptcy Court<br>P.O. Box 2147<br>Columbus, GA 31902<br>Telephone (706) 649-7837 |

United States Bankruptcy Court
Middle District of Georgia
Valdosta Division

| | |
|---|---|
| In Re:  Justin Gerald Lasseter<br>9176 Old Union Rd.<br>Adel, GA 31620<br><br>XXX-XX-1773 | Case Number: 15-70334-JTL<br><br>CHAPTER 13 |

Objection to Claim

Now comes the standing Chapter 13 Trustee and files her objection to claim filed by Cavalry Spv I, Llc, in the amount of $11,855.13 designated as claim no. 5 in the Courts records.

The collateral, the Polaris Ranger, which was the basis of the claim, was to be surrendered in full satisfaction of the debt according to the confirmed plan. The claim has not been withdrawn.

WHEREFORE, the Trustee prays that the Court enter an order disallowing claim no. 5.

This 13 day of August 2015.

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com

/s/ John Gilson

John Gilson, GA Bar No. 295360

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the within and foregoing document (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, or (3) depositing it in the United States mail with first class postage attached thereto to all other interested parties not served by electronic means at their addresses shown below.Bank Officers have been noticed via Certified Mail.

Justin Gerald Lasseter
9176 Old Union Rd.
Adel,GA 31620

(Debtor)

Cavalry Spv I, Llc
Bass And Associates, Pc
3936 E. Ft. Lowell Road
Suite 200
Tucson, AZ  85712

(Creditor)

Woodall & Woodall

(Counsel for Debtor)

This 13 day of August 2015.

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com

/s/ John Gilson

John Gilson, GA Bar No. 295360